# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRADLEY ELLINGSON,
Petitioner,
vs.
THE STATE OF NEVADA,
Respondent.

No. 71907

FILED

JAN 1 2 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION

This petition appears to seek a writ of mandamus related to a pending criminal prosecution.[1] To the extent that petitioner seeks relief from his guilty plea, he has an adequate remedy at law either through an appeal from the judgment of conviction entered after sentencing, *see* NRS 177.015, or a postconviction petition for a writ of habeas corpus, *see* NRS 34.720, 34.724(1).[2] We therefore conclude that a writ of mandamus is not proper. *See* NRS 34.170 (providing that writ of mandamus is proper only when there is no plain, adequate, and speedy legal remedy); NRS 34.724(2) (providing that postconviction habeas petition takes the place of all other remedies for challenging validity of a conviction or sentence, aside from a direct appeal and remedies that are incident to the trial court

---

[1]Petitioner has not provided an appendix as required by NRAP 21(a)(4).

[2]We express no opinion as to whether petitioner can meet the requirements for filing a timely notice of appeal or comply with the procedural requirements for a petition filed under NRS chapter 34.

17-01222

proceedings); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 88 P.3d 840, 841 (2004) ("[T]he right to appeal is generally an adequate legal remedy that precludes writ relief."). Accordingly, we

ORDER the petition DENIED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc:  Hon. Steven L. Dobrescu, District Judge
     White Pine County Public Defender
     Bradley Ellingson
     Attorney General/Carson City
     White Pine County District Attorney
     White Pine County Clerk